U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 1 1 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY
SHREVEPORT

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| DAVID SINGLETON | CIVIL ACTION NOS. 01-1571 |
| | 04-0056 |
| VERSUS | JUDGE DONALD E. WALTER |
| RICHARD STALDER, ET AL. | MAGISTRATE JUDGE HORNSBY |

## O R D E R

Before this Court is a Motion for Temporary Restraining Order and Order to Show Cause for Preliminary Injunction [Doc. #s 43 (01-1571) & 63 (04-0056)] filed by plaintiff, David Singleton.

As both of the civil actions listed above are closed matters, **IT IS ORDERED** that plaintiff's Motion for TRO and Order to Show Cause for Preliminary Injunction [Doc. #s 43 (01-1571) & 63 (04-0056)] be and is hereby **DENIED**.

If plaintiff wishes to pursue the claims addressed in the motion referenced above, a new civil action must be filed.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this _10_ day of June, 2007.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE